IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:13-MC-38-H

| | |
|---|---|
| **Anderson Management Services, LLC, et al.** ) | |
| ) | |
| **Movants,** ) | |
| ) | |
| v. ) | **ORDER REDESIGNATING** |
| ) | **CASE** |
| **American Media, Inc., et al.** ) | |
| ) | |
| **Respondents.** ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a civil case. The Honorable Malcolm J. Howard, Senior United States District Judge will continue to preside over this case. **All future pleadings should reflect the new case number of 5:13-CV-620-H.**

Signed this the 28th day of August 2013.

/s/ Julie A. Richards
Clerk of Court